No. 186. HENSLEY v. FORT WORTH & DENVER RAIL-WAY CO. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied. *Denning Schattman* for petitioner. *Thos. H. Law* for respondent.

No. 189. NOVO INDUSTRIAL CORP. v. STANDARD SCREW CO. C. A. 7th Cir. Certiorari denied. *Thomas F. McWilliams* for petitioner. *Thomas A. Reynolds, Jr., Robert F. Davis* and *John H. Lewis, Jr.,* for respondent.

No. 206. COE MANUFACTURING CO. v. JEDDELOH BROTHERS SWEED MILLS, INC., ET AL. C. A. 9th Cir. Certiorari denied. *James T. Hoffmann* for petitioner. *J. Pierre Kolisch* for respondents.

No. 207. JACKSON ET AL. v. WESTERN GEOTHERMAL, INC., ET AL. Sup. Ct. Nev. Certiorari denied. *Roy B. Woolsey* and *Gilbert W. Boyne* for petitioners. *Owen Jameson* for respondent Western Geothermal, Inc.

No. 210. CONTINENTAL CASUALTY CO. v. FLOAT-AWAY DOOR CO. ET AL. C. A. 5th Cir. Certiorari denied. *E. Smythe Gambrell* and *Charles A. Moye, Jr.,* for petitioner. *Edward E. Dorsey* for respondent Float-Away Door Co.

No. 214. TROY CANNON CONSTRUCTION CO., INC. v. JOB ET AL. C. A. 8th Cir. Certiorari denied. *J. M. Costello* and *William G. Porter* for petitioner. *Walter J. Bradsky* for respondent Job, and *Robert W. Gunderson* for respondent Grand Electric Cooperative, Inc.